UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOMENIC ALOISE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EVERALBUM, INC., a foreign corporation,

    Defendant.

Case No. 6:17-cv-00837-RBD-DCI

## NOTICE OF DISMISAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Domenic Aloise, by and through his undersigned counsel, hereby dismisses the above-captioned action against Defendant Everalbum, Inc. with prejudice.

Dated: June 1, 2017

    Respectfully submitted,

    SHAMIS & GENTILE, P.A.

    */s/ Andrew J. Shamis*
    Andrew J. Shamis
    Florida Bar No. 101754
    14 N.E. 1st Ave., Suite 400
    Miami, FL 33132
    Tel: (305) 479-2299
    Fax: (786) 623-0915
    Email: ashamis@shamisgentile.com

    *Attorney for Plaintiff Domenic Aloise*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on June 1, 2017, I electronically filed the foregoing **Notice of Dismissal With Prejudice** with the Clerk of the Court by using the CM/ECF system, which will send notice of the electronic filing to all counsel of record for Defendant.

                                              */s/ Andrew J. Shamis*
                                              Andrew J. Shamis