UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOMENIC ALOISE,

       Plaintiff,

v.                                           Case No:   6:17-cv-837-Orl-37DCI

EVERALBUM, INC.,

       Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Dismissal with Prejudice (Doc. 17), filed June 1, 2017.  No answer has been filed.  Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED** with prejudice.  The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 12th day of June, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record